ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **BOARD OF TRUSTEES OF THE SHEET METAL WORKERS et al.** | ) | **NO. C 07 5056 PJH** |
| | ) | |
| | ) | **MOTION  FOR  ENTRY  OF DEFAULT** |
| **Plaintiffs,** | ) | |
| **vs.** | ) | |
| | ) | |
| **TRI-R-STEEL FABRICATION INC., a California corporation** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

To the Clerk of the United States District Court for the Northern District of California:

You will please enter the default of defendant, TRI-R-STEEL FABRICATIONS INC., a California corporation,  for failure to plead or otherwise move as provided by the Federal Rules of Civil Procedure, as appears from the Declaration of Michael J. Carroll in Support of Entry of Default filed herewith.

Dated: December 12, 2007                    ERSKINE & TULLEY

                                By:/s/ Michael J. Carroll
                                   MICHAEL J. CARROLL
                                   Attorney for Plaintiffs