1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4  Facsimile:  (415) 392-1978

5  Attorneys for Plaintiffs

6

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 **BOARD OF TRUSTEES OF THE SHEET**           )   NO. C 07 5056 PJH
   **METAL WORKERS  et al.**                   )
12                                              )   **PROPOSED NOTICE OF**
                                                )   **ENTRY OF DEFAULT**
13                **Plaintiffs,**               )
           vs.                                  )
14                                              )
                                                )
15 **TRI-R- STEEL FABRICATION INC., a**         )
   **California corporation**                  )
16                                              )
                   **Defendant.**               )
17 _____

18         IT IS HEREBY NOTICED that the default of defendant, TRI- R- STEEL

19 FABRICATION INC., a California corporation,  has been entered by the Clerk of the Court on

20 _____.

21 Date:_____          Richard W. Wieking, Clerk

22
                                  By: _____
23                                     Deputy Clerk

24

25

26

27

28

**NOTICE OF ENTRY OF DEFAULT**              1