**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

December 14, 2007

RE: <u>CV 07-05056 PJH</u>      <u>BOARD OF TRUSTEES OF THE SHEET METAL WORKERS</u>
<u>LOCAL 104 HEALTH CARE PLAN-v- TRI-R-STEEL FABRICATION INC.</u>

Default is entered as to Defendant Tri-R-Steel Fabrication Inc., a California Corporation on
December 14, 2007.

RICHARD W. WIEKING, Clerk

by <u>Felicia Reloba</u>
Case Systems Administrator

NDC TR-4  Rev. 3/89