1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6
                    UNITED STATES DISTRICT COURT
7
                  NORTHERN DISTRICT OF CALIFORNIA
8

9  BOARD OF TRUSTEES OF THE SHEET METAL )    NO.  C 07 5056 PJH
   WORKERS, et al.                      )
10                                       )    EX PARTE APPLICATION FOR
                        Plaintiffs,      )    ORDER TO CONTINUE CASE
11                                       )    MANAGEMENT CONFERENCE
          vs.                            )
12                                       )
                                         )
13 TRI-R-STEEL FABRICATION INC., a       )
   California corporation                )
14                                       )
                                         )
15                      Defendant.       )
   _____)
16
           Plaintiffs, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS
17
   LOCAL 104 HEALTH CARE PLAN, BOARD OF TRUSTEES OF THE SHEET METAL
18
   WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS
19
   LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE,
20
   hereby apply ex parte for an order to continue the Case Management
21
   Conference from January 10, 2008 TO April 10, 2008.
22
           This ex parte application is based upon the Declaration of
23
   Attorney Michael J. Carroll filed herewith.
24
           Dated: January 3, 2008
25
                                  Respectfully submitted,
26
                                  ERSKINE & TULLEY
27
                                  By:/s/ Michael J. Carroll
28                                    Michael J. Carroll
                                      Attorneys for Plaintiffs

   EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE      1