1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE SHEET METAL )    NO.  C 07 5056 PJH
   WORKERS, et al.,                     )
12                                      )    ORDER TO CONTINUE CASE
                      Plaintiffs,       )    MANAGEMENT CONFERENCE
13                                      )
              vs.                       )
14                                      )
                                        )
15 TRI-R-STEEL FABRICATION INC., a      )
   California corporation               )
16                                      )
                                        )
17                    Defendant.        )
   _____)
18
           IT IS ORDERED that the Case Management Conference in this
19
   case set for January 10, 2008 be continued to April 10, 2008 at 2:30
20
   p.m. in Courtroom No. Courtroom 3, 17th Floor, 450 Golden Gate Avenue,
21
   San Francisco, CA  94102
22
   Dated:_____            _____
23                                          Honorable Phyllis J. Hamilton

24

25

26

27

28


   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE