```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br>         Plaintiffs, <br><br>    vs. <br><br> TRI-R-STEEL FABRICATION INC., a California corporation <br><br>         Defendant. | NO.  C 07 5056 PJH <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for January 10, 2008 be continued to April 10, 2008 at 2:30 p.m. in Courtroom No. Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA  94102

Dated: January 7, 2008

_____
Honorable Phyllis J. Hamilton

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*United States District Court, Northern District of California*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE