```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.<br><br>            Plaintiffs,<br><br>      vs.<br><br>TRI-R-STEEL FABRICATION INC., a California corporation<br><br>            Defendant. | NO.  C 07 5056 PJH<br><br>EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

        Plaintiffs, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE PLAN, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, hereby apply ex parte for an order to continue the Case Management Conference from April 10, 2008 to July 10, 2008.

        This ex parte application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

        Dated: April 3, 2008

                              Respectfully submitted,

                              ERSKINE & TULLEY

                              By:/s/ Michael J. Carroll
                                  Michael J. Carroll
                                  Attorneys for Plaintiffs