```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>TRI-R-STEEL FABRICATION INC., a California corporation<br><br>　　　　　　　Defendant. | NO.  C 07 5056 PJH<br><br>DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

I, MICHAEL J. CARROLL, certify:

1.  I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiffs, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS 104 HEALTH CARE PLAN, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, in this action. I am duly admitted to practice law in the United States District Court, Northern District of California. If called as a witness, I could and would competently testify as follows:

2.  Service was accomplished upon the only party in this

case on October 5, 2007. No responsive pleading was filed.

3. On December 14, 2007 the default of defendant was entered by the Court.

4. The parties were engaged in settlement discussions which has not occurred. Our subpoena to produce records was served January 10, 2008 and has been complied with.

5. Plaintiffs will file a motion for entry of default judgment as soon as practical.

6. It is requested that the Court continue the Case Management Conference to July 10, 2008 to allow plaintiffs time to file the motion.

7. Good cause exists to grant plaintiffs' request for a continuance of the Case Management Conference currently set for April 10, 2008 to July 10, 2008 because of the impossibility of plaintiffs to file a motion for default judgment at this time and to avoid any unnecessary burden to the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 3, 2008 at San Francisco, California.

_Michael J. Carroll_

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On April 3, 2008, I served the DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Rebekah B. Evenson
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108

Tri-R-Fabrication Inc.
151 Industrial Way
Brisbane, CA 94005

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on April 3, 2008 at San Francisco, California.

*Sharon Eastman*
Sharon Eastman