```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TRI-R-STEEL FABRICATION INC., a California corporation <br><br> Defendant. | NO.  C 07 5056 PJH <br><br> ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

IT IS ORDERED that the Case Management Conference in this case set for April 10, 2008 be continued to July 10, 2008 at 2:30 p.m. in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:_____    _____
                          Honorable Phyllis J. Hamilton

<u>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE</u>