```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TRI-R-STEEL FABRICATION INC., a California corporation<br><br>Defendant. | NO.  C 07 5056 PJH<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for April 10, 2008 be continued to July 10, 2008 at 2:30 p.m. in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: 4/7/08            _____
                         Honorable Phyllis J. Hamilton

*[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE