1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10

11 BOARD OF TRUSTEES OF THE SHEET    )    NO. C 07 5056 PJH
   METAL WORKERS, et al.             )
12                                   )
                    Plaintiff,       )
13                                   )    ORDER TO CONTINUE CASE
            vs.                      )    MANAGEMENT CONFERENCE
14                                   )
   TRI-R-STEEL FABRICATION INC., a   )
15 California corporation            )
                                     )
16                  Defendant.       )
   _____)
17

18         IT IS ORDERED that the Case Management Conference in this

19 case originally set for July 10, 2008 be continued to October 9, 2008

20 at 2:30 p.m. in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San

21 Francisco, CA.

22 Dated:_____    _____
                                 Honorable Phyllis J. Hamilton
23

24

25

26

27

28