1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6
                    UNITED STATES DISTRICT COURT
7
                  NORTHERN DISTRICT OF CALIFORNIA
8

9  BOARD OF TRUSTEES OF THE SHEET METAL)    NO.  C 07 5056 PJH
   WORKERS, et al.                     )
10                                      )    EX PARTE APPLICATION FOR
                    Plaintiffs,         )    ORDER TO CONTINUE CASE
11                                      )    MANAGEMENT CONFERENCE
            vs.                         )
12                                      )
   TRI-R-STEEL FABRICATION INC., a      )
13 California corporation               )
                                        )
14                  Defendant.          )
                                        )
15 _____)

16        Plaintiffs, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS

17 LOCAL 104 HEALTH CARE PLAN, BOARD OF TRUSTEES OF THE SHEET METAL

18 WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL LOCAL 104

19 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, hereby apply

20 ex parte for an order to continue the Case Management Conference from

21 July 10, 2008 to October 9, 2008.

22        This ex parte application is based upon the Declaration of

23 Attorney Michael J. Carroll filed herewith.

24        Dated: July 3, 2008

25                              Respectfully submitted,

26                              ERSKINE & TULLEY

27                              By:/s/ Michael J. Carroll
                                   Michael J. Carroll
28                                 Attorneys for Plaintiffs

   EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE    1