```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.<br><br>             Plaintiff,<br><br>   vs.<br><br>TRI-R-STEEL FABRICATION INC., a California corporation<br><br>             Defendant. | NO. C 07 5056 PJH<br><br>ORDER TO CONTINUE CASE<br><u>MANAGEMENT CONFERENCE</u> |

IT IS ORDERED that the Case Management Conference in this case originally set for July 10, 2008 be continued to October 9, 2008 at 2:30 p.m. in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: 7/8/08

_____
Honorable Phyllis J. Hamilton

IT IS SO ORDERED
Judge Phyllis J. Hamilton