ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TRI-R-STEEL FABRICATION INC., a California corporation <br><br> Defendant. | NO.  C 07 5056 PJH <br><br> CASE MANAGEMENT CONFERENCE STATEMENT AND NOTICE OF VOLUNTARY DISMISSAL |

      Plaintiff's claim in this action is as a third party beneficiary of the new contract imposed by the Sheet Metal Industry National Joint Adjustment Board.  The union filed a state court action to confirm the award, <u>Sheet Metal Workers Local 104 v. Tri-R- Steel,</u> San Mateo Superior Court CIV 470431.  The trial court ruled in favor of the defendant and the case is now on appeal.

      In view of the time required to complete the appeal, judicial economy requires that this action be dismissed, with the case to be refiled upon conclusion of the appeal process.

<u>CASE MANAGEMENT CONFERENCE STATEMENT AND NOTICE OF VOLUNTARY DISMISSAL</u>

1  Notice is hereby given that plaintiffs dismiss the above
2  entitled action without prejudice pursuant to Federal Rule of Civil
3  Procedure 41, and all dates relating to this case should be taken
4  off the Court's calendar including the hearing a Case Management
5  Conference set for October 9, 2008 at 2:30 p.m., in Courtroom, 3,
6  17th Floor, 450 Golden Gate Avenue, San Francisco, CA
7  Dated:   September 30, 2008                ERSKINE & TULLEY

By: /s/ Michael J. Carroll
    Michael J. Carroll
    Attorneys for Plaintiffs

10/15/08



for Phyllis J. Hamilton

CASE MANAGEMENT CONFERENCE STATEMENT AND NOTICE OF VOLUNTARY DISMISSAL

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On September 30, 2008 I served the within CASE MANAGEMENT CONFERENCE STATEMENT AND NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

**Tri-R-Fabrication Inc.**
**151 Industrial Way**
**Brisbane, CA 94005**

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2008 at San Francisco California.

                                                  /s/Sharon Eastman
                                                Sharon Eastman